UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHI HOANG LY,<br>Petitioner,<br>v.<br>WARDEN OF MESA VERDE IMMIGRATION DETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-08298-DAD-SCR<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS OF CORPUS AS MOOT AND DENYING PETITIONER'S MOTION TO APPOINT COUNSEL AS MOOT.<br><br>(Doc. Nos. 1, 3) |

On October 9, 2026, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE"). (1:26-cv-08298-DAD-SCR Doc. No. 1.) That same day, petitioner filed a motion to appoint counsel. (1:26-cv-08298-DAD-SCR Doc. No. 3.)

On July 27, 2026, petitioner previously filed a petition for writ of habeas corpus in this district pursuant to 28 U.S.C. § 2241 challenging his detention by ICE, titled *Ly v. Warden, Mesa Verde Detention Facility*, 1:26-cv-05839-TLN-CSK. On October 19, 2026, the court granted the first-filed petition, ordered petitioner's immediate release, and enjoined his re-detention absent certain process. *Phi H.L. v. Warden, Mesa Verde Detention Center*, No. 1:26-cv-5839-TLN-CSK, 2026 WL 3122682, at *1 (E.D. Cal. Oct. 19, 2026). Petitioner has thus received the relief he requests in second-filed petition and the second-filed petition has been rendered moot. *See*

*Abdala v. I.N.S.*, 488 F.3d 1061, 1064–65 (9th Cir. 2007) (collecting cases where the petitioner's claims were rendered moot because "successful resolution of their pending claims could no longer provide the requested relief); *Manuel Cruz-Barragan v. Warden, California City Correction Center*, No. 1:26-cv-06440-JLT-CDB (HC), 2026 WL 3034268 (E.D. Cal. Oct. 9, 2026) (collecting cases dismissing habeas petitions as moot after the petitioner was released).

Accordingly, petitioner's second-filed habeas petition, (1:26-cv-08298-DAD-SCR Doc. No. 1) is DISMISSED as having been rendered moot, and petitioner's motion to appoint counsel (1:26-cv-08298-DAD-SCR Doc. No. 3) is DENIED as having been rendered moot.

IT IS SO ORDERED.

Dated: **October 20, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE